John E. Cowan (SBN: 168110)
Law Offices of John E. Cowan
100 Pine St., Suite 1250
San Francisco, CA 94111
Telephone: (888) 252-1231
Facsimile: (415) 554-3743
john@johncowanlaw.com

Attorney for Plaintiff,
Walter Walters

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WALTERS,<br><br>      Plaintiff,<br><br>   vs.<br><br>COUNTY OF CONTRA COSTA; BRIAN CAIN; FELICIA I. TORNABENE; ANGELA D. PRASAD; and DOES 1-100, inclusive,<br><br>      Defendants. | Case No.: 4:19-cv-00702 DMR<br><br>**STIPULATION TO FILE FOURTH AMENDED COMPLAINT FOR DAMAGES; ORDER** |

The parties hereto hereby stipulate that plaintiff may file a Fourth Amended Complaint in the above-captioned matter.

DATED:  December 19, 2019        LAW OFFICES OF JOHN E. COWAN


                                                          /s/John E. Cowan

                                         By_____
                                              JOHN E. COWAN
                                              Attorney for Plaintiff, Walter Walters

DATED:  December 19, 2019          CONTRA COSTA COUNTY COUNSEL

                                   /s/ Patrick L. Hurley

                                   By_____
                                      PATRICK L. HURLEY
                                   Attorney for Defendants, County of Contra
                                   Costa, Brian Cain, Felicia I. Tornabene, and
                                   Angela D. Prasad

## O R D E R

   The Court, having reviewed the parties' stipulation and good cause appearing, it is hereby ordered that plaintiff may file a Fourth Amended Complaint.

Dated:  December ___, 2019          _____
                                    Magistrate Judge Donna M. Ryu
                                    United States District Court,
                                    Northern District of California