## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **FITH AMENDED COMPLAINT** was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

Dated:  February 7, 2020

_____John Cowan /s/_____

John E. Cowan