1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER L. WALTERS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA; BRIAN CAIN; FELICIA I. TORNABENE; ANGELA D. PRASAD; and DOES 1-100, inclusive,<br><br>Defendants. | No. 4:19-cv-00702 DMR<br><br>**[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Date Action Filed:  February 7, 2019<br>Trial Date:  October 26, 2020 |
|---|---|

Defendants County of Contra Costa, Brian Cain and Felicia Tornabene made an administrative motion for an order (1) allowing defendants to take plaintiff's deposition after the discovery cut-off date and (2) continuing the dispositive motion hearing date for three weeks to August 13, 2020, to allow defendants to complete plaintiff's deposition before filing a motion for summary judgment.

The Court finds good cause to modify the scheduling order and orders as follow:

1. Defendants may take plaintiff's deposition after the discovery cut off date.  No

other discovery after the current discovery cut off date shall be permitted;

2. The dispositive motion hearing cut off date is continued to and including August 13, 2020.

**IT IS SO ORDERED.**

DATED:                                              By:_____
                                                              HON. DONNA M. RYU
                                                              United States Magistrate Judge