UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L WALTERS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>Defendants. | Case No. 19-cv-00702-DMR<br><br>**ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO MODIFY SCHEDULING ORDER**<br><br>Re: Dkt. No. 81 |

The deadline to complete fact discovery was May 26, 2020. [Docket No. 49.] Defendants move for an extension of that deadline, as well as the deadline to hear dispositive motions, in order to complete Plaintiff's deposition before filing a Rule 56 motion. [Docket No. 81.] Defendants submit a declaration outlining a long history of delays by Plaintiff in scheduling his deposition, which Defendants attempted to schedule starting in September 2019. [Docket No. 82.] Plaintiff did not submit any facts contradicting Defendants' account, nor does Plaintiff refute that he originally agreed to stipulate to Defendants' requests due to his continuing unavailability for deposition, but then changed his mind. Plaintiff instead asks for a bilateral extension of the discovery deadline without explaining what discovery he needs and why he was not able to obtain it within the discovery period. [Docket No. 83.]

Defendants' motion is granted. The discovery deadline is extended to June 15, 2020 solely for the purpose of completing Plaintiff's deposition. Plaintiff must cooperate in making himself available to complete his deposition within that timeframe. The last day to hear dispositive motions is continued to August 13, 2020.

**IT IS SO ORDERED.**

Dated: June 3, 2020

Donna M. Ryu
United States Magistrate Judge